1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

      Plaintiff,                      No. CIV S-06-1783 DFL EFB PS

      vs.

ANDERSON BURNEY,

      Defendant.               ORDER
_____/

    On January 3, 2007, plaintiff filed a "declaration" with this court. This action was closed on December 21, 2006. Plaintiff is advised that documents filed since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: February 7, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE